**DISMISS and Opinion Filed July 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00418-CV

**DARKHORSE SITEWORK AND CONCRETE LLC AND JAMES ELLIS, Appellants**
**V.**
**BLAKE CONSTRUCTION CONCEPTS, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14834**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

The clerk's record in this case is past due. By letter dated May 24, 2019, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellants have failed to provide the required documentation or otherwise correspond with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


190418F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DARKHORSE SITEWORK AND
CONCRETE LLC AND JAMES ELLIS,
Appellants

No. 05-19-00418-CV       V.

BLAKE CONSTRUCTION CONCEPTS,
LLC, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-14834.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BLAKE CONSTRUCTION CONCEPTS, LLC recover its costs of this appeal from appellants DARKHORSE SITEWORK AND CONCRETE LLC AND JAMES ELLIS.

Judgment entered July 10, 2019_____.